```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602059051
Cashier ID: estrong
Transaction Date: 08/17/2020
Payer Name: GRIFFIN SIKES JR
----------------------------------
CIVIL FILING FEE
 For: GRIFFIN SIKES JR
 Case/Party: D-ALM-2-20-CV-000598-001
 Amount:         $400.00
----------------------------------
CHECK
 Check/Money Order Num: 1178
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00
```

2:20-cv-00598
Callaway v. Adock