IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

CHANDA CALLAWAY,
as Administrator of the Estate of                                            Civil Action No.
CHANNING LAMAR SPIVEY,
Deceased,                                                                                      2:20-cv-598
                Plaintiff,

    *versus*                                                                                  Jury Trial Demanded

MASON ADCOCK,
                Defendant.

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THE ISSUE OF LIABILITY

    Comes now plaintiff and moves the Court for an Order granting plaintiff a partial summary judgment against defendant Mason Adcock on the liability issue, i.e., holding that the defendant Mason Adcock violated the Fourth Amendment and is liable to plaintiff for damages, but reserving the determination of the amount of the award of damages for a jury.

    In support of this motion, plaintiff cites, relies upon and incorporates by reference all of the evidence, law and argument contained in the memorandum brief and evidentiary submission that is contemporaneously filed herewith.

/s/ Griffin Sikes, Jr.

Griffin Sikes, Jr.
Attorney for Plaintiff
Post Office Box 11234
Montgomery, Alabama 36111
334.233.4070
sikeslawyer@gmail.com

/s/ Nathan Dickson, II

Nathan A. Dickson, II
Jinks, Crow and Dickson, P.C.
Attorney for Plaintiff
219 North Prairie Street
Union Springs, AL 36089
334.738.4225
ndickson@jinkslaw.com

Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been filed in Pacer for electronic service on all counsel of record in this case on this 7th day of September, 2021.

Rick A. Howard, Esq., at rhoward@hglawpc.com

April W. McKay, Esq., at amckay@hglawpc.com

/s/ Griffin Sikes, Jr.

Of Counsel