3985 North Glenwood Rd.
Adcock's House

| 0 | 55 | 110 |

PLAINTIFF'S
EXHIBIT
14

PLAINTIFF'S
EXHIBIT
14-1