<mark>Case 2:20-cv-00598-ECM-CWB   Document 48-11   Filed 09/07/21   Page 1 of 1</mark>

