

ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

8160 AUM Drive  
Montgomery, AL 36117-7001

Telephone (334) 676-5292  
Facsimile (334) 260-8734

# REPORT OF AUTOPSY

**ADFS CASE NUMBER:** 20MM01164    **DATE:** May 28, 2020  
                                    **TIME:** 0923 hours

**NAME(S):** CHANNING LAMAR SPIVEY

**COUNTY OF DEATH:** Crenshaw    **DATE OF DEATH:** May 27, 2020

**AGE:** 34 years    **RACE:** W    **SEX:** M    **LENGTH:** 75 inches    **WEIGHT:** 199 pounds

### FINAL DIAGNOSES

I.  Multiple gunshot wounds.

   **CAUSE OF DEATH:**    Multiple gunshot wounds.

   **MANNER OF DEATH:**    Homicide.

**Opinion**: This 34-year-old man was reportedly found with multiple defects. In consideration of the known circumstances surrounding this death and the examination of the remains, the cause of death is ascribed to multiple gunshot wounds. The manner of death is homicide.



PLAINTIFF'S EXHIBIT 20 M. Adcock

Case #     20MM01164
Name       Channing Lamar Spivey

## EVIDENCE OF INJURY

These injures are listed for organizational purposes only; no sequence or severity of the events is implied.

I. GUNSHOT WOUND OF THE LEFT NECK: On the left neck, centered 18 centimeters from the top of the head and 10 centimeters left of the anterior midline is a 1 by 1-centimeter entrance gunshot wound. No searing, soot or stippling surrounds this entrance gunshot wound.

The projectile perforates the skin and soft tissue of the left upper neck, left middle cranial vault fossa, brainstem, and right parietal lobe of the brain and right parietal bone.

Associated findings include subdural hemorrhage overlying the base of the brain.

Recovered from within the brain parenchyma and skull is a fragmented, copper jacketed, gray metal projectile. The projectile is collected, photographed, and labeled with the decedent's name, case number and projectile "removed from the head".

The projectile's trajectory is from the decedent's left to right and upward.

II. GUNSHOT WOUND OF THE LEFT CHEST: On the left chest, centered 40 centimeters from the top of the head and 10 centimeters left of the anterior midline is a 1.5 by 1-centimeter entrance gunshot wound. Adjacent to the entrance gunshot wound is a red-blue contusion. No searing, soot or stippling surrounds this entrance gunshot wound.

The projectile perforates the skin and soft tissue of the left chest.

Recovered from within the soft tissue of the left chest is a copper jacketed, gray metal projectile. The projectile is collected, photographed, and labeled with the decedent's name, case number and projectile "removed from left chest".

The projectile's trajectory is from the decedent's front to back.

III. GUNSHOT WOUND OF THE RIGHT UPPER ABDOMEN: On the right upper abdomen, centered 54 centimeters from the top of the head and 2 centimeters right of the anterior midline is a 1 by 1-centimeter entrance gunshot wound. Surrounding the entrance gunshot wound is an eccentric, dried, marginal, red abrasion. No searing, soot or stippling surrounds this entrance gunshot wound.

The projectile perforates the skin and soft tissue of the right upper abdomen, liver, right kidney and soft tissue of the right abdomen.

Associated findings include approximately 250 milliliters of hemoperitoneum.

Recovered from within the soft tissue of the right abdomen is a copper jacketed, gray metal projectile. The projectile is collected, photographed, and labeled with the decedent's name, case number and projectile "removed from right abdomen".

The projectile's trajectory is from the decedent's front to back and downward.

Case #       20MM01164
Name       Channing Lamar Spivey

IV. **GUNSHOT WOUND OF THE LEFT LOWER ABDOMEN:** On the left lower abdomen, centered 63 centimeters from the top of the head and 1-centimeter left of the anterior midline is a 1 by 1-centimeter entrance gunshot wound. No searing, soot or stippling surrounds this entrance gunshot wound.

The projectile perforates the skin and soft tissue of the left abdomen, stomach, multiple loops of the small bowel and colon and soft tissue of the left back.

Associated findings include approximately 250 milliliters of hemoperitoneum.

Recovered from within the soft tissue of the left back is a copper jacketed, gray metal projectile. The projectile is collected, photographed, and labeled with the decedent's name, case number and projectile "removed from left back".

The projectile's trajectory is from the decedent's front to back.

V. **GUNSHOT WOUND OF THE RIGHT HAND:** On the right posterior hand between the second and third digits is a 1 by 1 centimeter entrance gunshot wound. The entrance gunshot wound is centered 7 centimeters from the tip of the second finger of the right of hand. No searing, soot or stippling surrounds this entrance gunshot wound.

The projectile perforates the skin and soft tissue of the right hand and first and second metacarpals.

On the right lateral hand, involving the first digit is a 6 by 2 centimeter partial exit gunshot wound. The exit gunshot wound is centered 10 centimeters from the tip of the second finger of the right hand.

Recovered from within the soft tissue of the right hand is a fragmented, gray metal projectile. The projectile is collected, photographed, and labeled with the decedent's name, case number and projectile "removed from right hand".

The projectile's trajectory is upward.

VI. **BLUNT FORCE INJURIES:** On the left elbow, left leg and left torso are scattered broad-based red abrasions. On the chest is a red abrasion. On the posterior aspect of the left and right hands are red abrasions and lacerations.

## EXTERNAL EXAMINATION

The following excludes any previously described injuries.

BODY HABITUS: The body is that of a well-developed, well-nourished, adult, light-skinned male who weighs 199 pounds, is 75 inches in length and appears compatible with the reported age of 34 years.

CONDITION OF BODY: The body is cool. Rigor mortis is fully fixed in the muscles of the jaw and extremities. Fixed pink livor mortis extends over the posterior surfaces of the body, except in areas exposed to pressure.

Case #       20MM01164
Name       Channing Lamar Spivey

HEAD AND FACE: The scalp hair is brown. On the right aspect of the skull is a healing craniotomy site. The decedent wears a brown mustache and beard.

EYES: The irides appear hazel. The corneas are translucent. The sclerae and conjunctivae are clear.

NOSE: The nose is normally formed and the septum is in the midline.

ORAL CAVITY: The anterior teeth are natural and in good condition.

EARS: The ears are unremarkable.

NECK: The neck organs are in the midline and appear unremarkable.

CHEST: The thorax is well developed.

ABDOMEN: The abdomen is flat.

EXTERNAL GENITALIA: The external genitalia are those of a normal adult male.

UPPER EXTREMITIES: The upper extremities are well developed and without absence of digits. The hands have short, clean, trimmed, intact fingernails.

LOWER EXTREMITIES: The lower extremities are well developed and without absence of digits.

BACK AND ANUS: The spine is in the midline. The anus is unremarkable.

IDENTIFYING MARKS: On the torso and extremities are tattoos.

## EVIDENCE OF MEDICAL INTERVENTION

Electrocardiograph patches.

## INTERNAL EXAMINATION

The following excludes any previously described injuries.

SEROSAL CAVITIES: No adhesions are present within the pleural spaces or peritoneal cavity. All body organs are in the normal and anatomic position. The serous surfaces and pericardium are smooth and glistening.

CENTRAL NERVOUS SYSTEM: Reflection of the scalp reveals surgical hardware on the right aspect of the skull. The brain weighs 1450 grams. Sections through the brain reveal a cavitary lesion within the right parietal lobe of the brain that is yellowed and consistent with a prior surgical site.

ORGANS OF THE NECK: The large vessels of the neck are unremarkable. The hyoid bone and thyroid cartilage are intact. The laryngeal mucosa is unremarkable.

Case #     20MM01164
Name       Channing Lamar Spivey

CARDIOVASCULAR SYSTEM: The heart weighs 405 grams. The coronary arteries arise normally and follow the distribution of a right dominant pattern with no significant atherosclerosis. The chambers are not dilated. The chambers and valves are proportionate. The valves are normally formed, thin and pliable and free of vegetations and degenerative changes.

The myocardium is dark red-brown, firm and free of fibrosis, erythema, pallor and softening. The atrial and ventricular septa are intact and the septum and free walls are free of muscular bulges. The left ventricle measures 1.8 centimeters and the right ventricle measures 0.6 centimeters in thickness as measured 1-centimeter below the respective atrioventricular valve annulus. The interventricular septum measures 1.8 centimeters in thickness.

The aorta and its major branches arise normally and follow the usual course with no significant aortic atherosclerosis. The orifices of the major aortic vascular branches are patent. The vena cava and its major tributaries are patent and return to the heart in the usual distribution and are unremarkable.

RESPIRATORY SYSTEM: The left and right lungs weigh 580 and 630 grams, respectively. The upper and lower airways are unobstructed and the mucosal surfaces are smooth and yellow-tan. The pleural surfaces are smooth, glistening and unremarkable. The pulmonary parenchyma is red-purple and free of consolidation and masses. The cut surfaces of the lungs exude moderate amounts of blood and frothy fluid.

The pulmonary arteries are normally developed and unremarkable. There is no saddle embolus on *in situ* examination of the pulmonary trunk.

HEPATOBILIARY SYSTEM: The liver weighs 1580 grams. The hepatic parenchyma is red-brown. A thin-walled gallbladder contains approximately 10 milliliters of watery bile without stones.

LYMPHORETICULAR SYSTEM: The spleen weighs 160 grams and has a smooth intact capsule covering a red-purple, moderately firm parenchyma. Regional lymph nodes are grossly unremarkable. The thymus is involuted.

ENDOCRINE SYSTEM: The thyroid gland is of normal position, size and texture. The adrenal glands have normal cut surfaces with yellow cortices and brown medullae. The pituitary gland is examined *in situ* and is grossly unremarkable.

GASTROINTESTINAL SYSTEM: The esophagus is lined by a gray-white smooth mucosa. The gastroesophageal junction is unremarkable. The gastric mucosa is arranged in the usual rugal folds and the lumen contains approximately 100 milliliters of partially digested food fragments.

The small bowel has a uniform dimension. The vermiform appendix is present. The colon has a uniform dimension. The pancreas has a normal pink-tan lobulated appearance.

GENITOURINARY SYSTEM: The left and right kidneys weigh 150 and 130 grams, respectively. The renal capsules are smooth, thin and semitransparent and strip with ease from the underlying smooth, red-brown, firm, cortical surfaces. The cortices are of normal thickness and delineated from the medullary pyramids. The calyces, pelves, and ureters are non-dilated and free of stones.

The urinary bladder contains scant urine. The bladder mucosa is gray-tan and smooth.

Case #        20MM01164
Name          Channing Lamar Spivey

The facts stated herein are correct to the best of my knowledge and opinion at the time of report completion.

Tissue evidence will be disposed 12 months from the date of the original report unless alternate arrangements are made prior thereto.

Toxicology evidence, not tested, will be disposed 24 months from the date of the examination unless alternate arrangements are made prior thereto.


Christopher Geffre, MD PhD
Medical Examiner

June 05, 2020
Date Signed


CG/rj/kps/rac