## LUVERNE RESCUE SQUAD, SERVICE # 297

| RUN # | TCC # | TYPE OF CALL | CHIEF COMPLAINT | DATE |
|---|---|---|---|---|
| 885 | | assault | head + stomach pain | 5-27-202 |

| LOCATION | Called By | DISPOSITION (Circle one) | | | | TIMES | |
|---|---|---|---|---|---|---|---|
| 3985 N. Glenwood Rd | | TRANSPORT  NON-TRANSPORT  CANCELLED | | | | | |
| Destination | | Notification Phone | To Scene en | UNIT # 38 | DISPATCHED | 1951 | |
| CHOSEN BY | | REQUESTED ALS | From Scene | Driver 223 | ENROUTE | 1954 | |
| Patient and Address | | SSN | | Attend 1 214 | LOCATION | 2000 | |
| Mason Adcock | | AGE 41 | DOB 5-21-79 | Attend 2 220 | TRANSPORT | | |
| 3985 N. Glenwood Rd. | | PHONE | RACE W | GENDER M | DESTINATION | | |
| Goshen, Al. 36035 | | Patient Outcome (circle one) IMPROVED  NO CHANGE  DETERIORATED | | | IN-SERVICE | 2324 | |
| | | | | | TOTAL MILES | | |

MEDICAL HISTORY: ☐ NONE  ☐ UNKNOWN  ☐ AMS/BEHAV  ☐ HTN  ☐ COPD  ☐ CARDIAC  ☐ CVA  ☐ DIABETES  ☐ CANCER
☐ ASTHMA  ☐ CHF  ☐ SEIZURES  ☐ RENAL FAIL  ☐ DRUG/ETOH  ☐ OTHER
ALLERGIES
CURRENT MEDS:  ☐ NONE  ☐ UNKNOWN  ☐ Brought w/pt: LIST:

### VITALS

| TIME | PULSE | RESP | PSO2 | BP | AVPU | SKIN | CAP REFILL | CARDIAC RHYTHM | GLUCOSE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | A | | | | |

### PROCEDURES/TREATMENTS

| Assessment | Cardiac Monitor | Pulse Ox | Glucometer | 12 Lead | Wound Care | SMR | EYES | VERBAL | MOTOR |
|---|---|---|---|---|---|---|---|---|---|
| Oxygen | IV | Blood Draw | Splint Extremity | | Traction Splint | | 4 Spontaneous | 5 Oriented | 6 Obeys |
| Intubation | CPR  BVM | Suction  Airway O N | CPAP | | IO | Pacing | 3 To Speech | 4 Confused | 5 Localizes |
| Defibrillation | Cardioversion | Child Birth | OTHER: | | | | 2 To Pain | 3 Inappropriate | 4 Withdraws |
| MEDS: | | | | | | | 1 None | 2 Garbled | 3 Flexion |
| AMT | | | | | | | | 1 None | 2 Extension |
| TIME | | | | | | | TOTAL GCS | | 1 None |

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

This is to certify that I am refusing treatment/transport and have been informed of the risks of doing so.

X _____   X _____
   Patient Signature   Date/Time        Witness Signature   Date/Time

NARRATIVE: Rescue 38 responded to 3985 N Glenwood Rd. Upon arrival found a 41 y/o male standing in yard. Pt extremely stressed. Pt had blood on both arms and (L) side of head with redness to (L) side of head and stomach. Pt stated he was struck in his head and stomach by another subject. Subject punch him in head and kicked him in his stomach. Cleaned blood from pt. Pt refused treatment + transport.



PLAINTIFF'S EXHIBIT 31 M. Adcock