A-2

C-3

P-2

A-1

P-1

C-1

PLAINTIFF'S
EXHIBIT
47

110

55

0