```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE MIDDLE DISTRICT OF ALABAMA

 3                       NORTHERN DIVISION

 4

 5   CHANDA CALLOWAY, as Administrator
     of the Estate of Channing Lamar
 6   Spivey, deceased,

 7           Plaintiff,

 8   Vs.                              CIVIL ACTION NO.
                                        2:20-cv-598
 9   MASON ADCOCK,

10           Defendant.

11

12              * * * * * * * * * * *

13

14          DEPOSITION OF ZANA BLOODSWORTH, taken pursuant

15   to stipulation and agreement before Pamela Wilbanks

16   Owens, Registered Professional Reporter, ACCR #391, and

17   Commissioner for the State of Alabama at Large, in the

18   Law Offices of Holtsford, Gilliland, Hitson, Higgins &

19   Howard, 4001 Carmichael Road, Suite 300, Montgomery,

20   Alabama, on Tuesday, February 9, 2021, commencing at

21   approximately 9:07 a.m.

22

23              * * * * * * * * * * *
```

1   A.   I could hear it, but I couldn't make out
2        whatever it was saying.  He was inside.  He sent
3        Xantha to get his gun.  She brought that back to
4        him.  And I could still here, you know,
5        (descriptive noise) say something and then do it
6        again.  Never --
7             MR. SIKES:  The (descriptive noise),
8                  is that a noise -- you're talking
9                  about static --
10            THE WITNESS:  It's like when it's
11                 beeping in kind of sort of.
12            MR. SIKES:  -- static on a radio?
13            THE WITNESS:  I guess.
14            MR. SIKES:  She can't pick up what
15                 (descriptive noise) means.
16  A.   It's like when the call comes through.
17  Q.   I know.  The tones and stuff like that, the
18       breaking into the line.
19            Were you ever able to hear anything -- the
20       words that were coming over the radio?
21  A.   Not while he was inside.
22  Q.   Okay.  So you heard radio traffic?
23  A.   Yes.

```
 1    Q.   And it was a fire/rescue radio, correct?
 2    A.   I couldn't -- I can't tell you which one it was.
 3         I just know I heard -- they sound the same once
 4         they are talking.
 5    Q.   You're correct.
 6              While Mason was inside, you could not make
 7         out anything that was coming over the radio,
 8         correct?
 9    A.   No, sir.  But I could hear it.
10    Q.   That's right.  You couldn't make out the words,
11         right?
12    A.   No.
13    Q.   And then when Mason goes outside, could you
14         start understanding the words that were on the
15         radio?
16    A.   Yes.  And he had his police radio on him from
17         what his son brought him.  So the fire/rescue
18         was still in the house, and something along the
19         lines of Life Flight landing somewhere.
20    Q.   Okay.  Do you know what the protocol is after
21         there's a death or an officer-involved shooting?
22    A.   No, sir.
23    Q.   By the time that you heard the words Life
```

1   A.   What do you mean?

2   Q.   Print them out?  Put them on a thumb

3        drive? disc?  What would be best for you?

4   A.   Thumb drive.  Like a USB thumb drive thing.

5   Q.   It's whatever is best for you.

6   A.   I guess.

7   Q.   Has he ever sent you any text messages?

8   A.   No, sir.

9   Q.   Do you have any photographs or audio regarding

10       in this case?

11  A.   No.

12  Q.   Who all has sent you emails or text messages

13       regarding this case?

14  A.   I think just Mr. Sikes, and I think -- I don't

15       know.  One of us could have maybe -- not me.

16       Maybe Justin or Chanda, like, replied to the

17       email and so -- I'm not sure.

18  Q.   When you got to Mason's house, did you plead for

19       Mason to go back to your house and help Penny?

20  A.   I asked him for help.  I didn't say I need you

21       at my house or anything like that.

22  Q.   Do you think Mason had any idea what was going

23       on before you knocked on the door?

| | | |
|---|---|---|
| 1 | A. | Do I think? |
| 2 | Q. | Uh-huh (positive response). |
| 3 | A. | Yes. |
| 4 | Q. | Why? |
| 5 | A. | His radio was on when I got in the house, for |
| 6 | | one.  Tim had called him on the way there. |
| 7 | Q. | Do you know what Tim said? |
| 8 | A. | Just something along the lines of going outside |
| 9 | | and seeing what he could hear, wanting to know |
| 10 | | what was going on. |
| 11 | Q. | So he was asking Mason to go outside and see |
| 12 | | what was -- look down the road -- |
| 13 | A. | Not look down the road.  Just go outside and see |
| 14 | | what he could hear or something along the lines |
| 15 | | of that. |
| 16 | Q. | Any other reasons? |
| 17 | A. | Ask the question again. |
| 18 | Q. | Did you think that Mason knew what was going on |
| 19 | | before you knocked on the door? |
| 20 | A. | The radio -- Tim -- he was very calm whenever I |
| 21 | | got to the door, so he was -- kind of like he |
| 22 | | was, you know, processing everything getting, |
| 23 | | like, ready to go to work maybe in a way. |

| | | |
|---|---|---|
| 1 | Q. | I don't know.  The complaint just says, and |
| 2 | | appeared to be preparing to leave the house. |
| 3 | A. | I'm confused. |
| 4 | Q. | Okay.  The paragraph says -- this is when you |
| 5 | | entered the Adcock house -- Defendant Adcock |
| 6 | | appeared to be aware of the situation unfolding |
| 7 | | at the Spivey home from his police scanner and, |
| 8 | | quote, appeared to be preparing to leave the |
| 9 | | house. |
| 10 | | Did you see anything like that at all? |
| 11 | A. | Once I entered the house, I had already told him |
| 12 | | while we were outside on the porch what I told |
| 13 | | him as to what was going on.  And when we got |
| 14 | | inside, he was getting ready -- like getting |
| 15 | | ready -- like getting his gun, his radio to go |
| 16 | | outside. |
| 17 | Q. | Did he ask you any questions? |
| 18 | A. | I don't remember.  Xantha asked me if I was |
| 19 | | okay.  I don't remember if he asked me anything. |
| 20 | Q. | Okay.  And you said Xantha got the gun? |
| 21 | A. | Yes. |
| 22 | Q. | And Troy got the radio? |
| 23 | A. | Yes, sir, I do believe. |