


PLAINTIFF'S EXHIBIT 51