IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHANDA CALLAWAY, | * | |
| As Administrator of the Estate of | * | |
| CHANNING LAMAR SPIVEY, | * | |
| Deceased, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 2:20-cv-598-ECM-SRW |
| | * | |
| MASON ADCOCK, | * | |
| Defendant. | * | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant Mason Adcock, by and through counsel, moves for summary judgment as to all claims against him as there is no genuine issue of material fact and this defendant is entitled to judgment as a matter of law. In support of this Motion for Summary Judgment, Defendant has submitted contemporaneously herewith the Defendant's Memorandum Brief, as well as the following Evidentiary Exhibits:

### EXHIBITS

1. Deposition of Zanna Bloodworth;
2. Deposition of Brent Penny;
3. Deposition of Mason Adcock;
4. Deposition of Westly Spivey;
5. Deposition of Justin Robinson;
6. CAD Report;
7. Audio Recording;

8. Affidavit of Mason Adcock;

9. Excerpts of SBI Investigation Report.

Respectfully submitted, this the 14th day of December, 2021.

/s Rick A. Howard
Rick A. Howard (HOW045)
April W. McKay (WIL304)
Attorneys for Defendant Mason Adcock

OF COUNSEL:

HOLTSFORD GILLILAND
HIGGINS HITSON & HOWARD, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
334-215-8585
334-215-7101 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following by filing the same with this Court through the electronic filing system and/or by placing a copy of same in the United States Mail, postage prepaid, on this the 14th day of December, 2021.

Griffin Sikes, Jr.
P.O. Box 11234
Montgomery, Alabama 36111

Nathan Dickson
Jinks, Crow & Dickson, P.C.
217 North Prairie Street
Union Springs, Alabama 36089

/s Rick A. Howard
OF COUNSEL