**EXHIBIT 7**

Exhibit 7 is an audio recording to be delivered to the Clerk of Court on a CD via hand delivery.