Appendix

State statutes defining "serious physical injury" or "serious bodily injury"

Alabama Code § 13A-1-2 (14):

>Serious physical injury. — Physical injury which creates a substantial risk of death, or which causes serious and protracted disfigurement, protracted impairment of health, or protracted loss or impairment of the function of any bodily organ.

Alaska Statute § 11.81.900(b)(59)

>"Serious physical injury" means
>(A) physical injury caused by an act performed under circumstances that create a substantial risk of death; or
>(B) physical injury that causes serious and protracted disfigurement, protracted impairment of health, protracted loss or impairment of the function of a body member or organ, or that unlawfully terminates a pregnancy.

Arizona Revised Statutes, § 13-105(29):

>Serious physical injury includes physical injury which creates a reasonable risk of death, or which causes serious and permanent disfigurement, or serious impairment of health or loss or protracted impairment of the function of any bodily organ or limb.

Arkansas Code Annotated, § 5-2-201(21):

>"Serious physical injury" means physical injury that creates a substantial risk of death or that causes protracted disfigurement, protracted impairment of health, or loss or protracted impairment of the function of any bodily member or organ.

Cal. Penal Code § 243(f)(4)

>"Serious bodily injury" means a serious impairment of physical condition, including, but not limited to, the following: loss of consciousness; concussion; bone fracture; protracted loss or impairment of function of any bodily member or organ; a wound requiring extensive suturing; and serious disfigurement.

Colorado Revised Statutes Annotated § 18-1-901(3)(p):

"Serious bodily injury" means bodily injury which, either at the time of the actual injury or at a later time, involves a substantial risk of death, a substantial risk of serious permanent disfigurement, a substantial risk of protracted loss or impairment of the function of any part or organ of the body, or breaks, fractures, or burns of the second or third degree.

Connecticut Code, § 53a-2(4):

"Serious physical injury" means physical injury which creates a substantial risk of death, or which causes serious disfigurement, serious impairment of health or serious loss or impairment of the function of any bodily organ;

Delaware Code Annotated, Tit. 11, § 222 (30):

"Serious physical injury" means physical injury which creates a substantial risk of death, or which causes serious and prolonged disfigurement, prolonged impairment of health or prolonged loss or impairment of the function of any bodily organ, or which causes the unlawful termination of a pregnancy without the consent of the pregnant female.

Florida Annotated Statutes § 316.027(1)(a):

"Serious bodily injury" means an injury to a person . . . which consists of a physical condition that creates a substantial risk of death, serious personal disfigurement, or protracted loss or impairment of the function of a bodily member or organ.

Hawaii Revised Statutes Annotated, § 707-700:

"Serious bodily injury" means bodily injury which creates a substantial risk of death or which causes serious, permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

510 Illinois Compiled Statutes Annotated, 5/2.19a:

"Serious physical injury" means a physical injury that creates a substantial risk of death or that causes death, serious disfigurement, protracted impairment of health, impairment of the function of any bodily organ, or plastic surgery.

Indiana Code Ann. § 35-31.5-2-292:

"Serious bodily injury" means bodily injury that creates a substantial risk of death or that causes: (1) serious permanent disfigurement; (2) unconsciousness; (3) extreme pain; (4) permanent or protracted loss or

2

impairment of the function of a bodily member or organ; or (5) loss of a fetus.

Iowa Code § 702.18:

"Serious injury" means any of the following:
   a. Disabling mental illness.
   b. Bodily injury which does any of the following:
      (1) Creates a substantial risk of death.
      (2) Causes serious permanent disfigurement.
      (3) Causes protracted loss or impairment of the function of any bodily member or organ.

Kentucky Revised Statutes § 500.080(15):

"Serious physical injury" means physical injury which creates a substantial risk of death, or which causes serious and prolonged disfigurement, prolonged impairment of health, or prolonged loss or impairment of the function of any bodily organ.

Louisiana Revised Statutes § 14:102.12(4)

"Serious bodily injury" means bodily injury which involves unconsciousness, extreme physical pain or protracted and obvious disfigurement, or protracted loss or impairment of the function of a bodily member, organ, or mental faculty, or a substantial risk of death.

Maine Revised Statutes, Tit. 17-A, § 2l (23)

"Serious bodily injury" means a bodily injury which creates a substantial risk of death or which causes serious, permanent disfigurement or loss or substantial impairment of the function of any bodily member or organ, or extended convalescence necessary for recovery of physical health.

Maryland Code (1957, 1996 Repl. Vol.), Art. 27, § 12(c):

Serious physical injury.--"Serious physical injury" means physical injury which: (1) Creates a substantial risk of death; (2) Causes serious permanent or serious protracted disfigurement; (3) Causes serious permanent or serious protracted loss of the function of any bodily member or organ; or (4) Causes serious permanent or serious protracted impairment of the function of any bodily member or organ.

3

Annotated Laws of Massachusetts, Chap. 265, § 13:

> "Serious bodily injury", bodily injury which results in a permanent disfigurement, protracted loss or impairment of a bodily function, limb or organ, or substantial risk of death.

Mich. Comp. Laws Serv. § 324.20139(8)

> (8) As used in this section, "serious bodily injury" means bodily injury that involves a substantial risk of death, unconsciousness, extreme physical pain, protracted and obvious disfigurement, or protracted loss or impairment of the function of a bodily member, organ, or mental faculty.

Minnesota Statutes Annotated § 609.02

> "Great bodily harm" means bodily injury which creates a high probability of death, or which causes serious permanent disfigurement, or which causes a permanent or protracted loss or impairment of the function of any bodily member or organ or other serious bodily harm.

Missouri Annotated Statutes § 556.061

> "Serious physical injury", physical injury that creates a substantial risk of death or that causes serious disfigurement or protracted loss or impairment of the function of any part of the body.

Montana Code Annotated, § 45-2-101(66)(a):

> "Serious bodily injury" means bodily injury that: (i) creates a substantial risk of death; (ii) causes serious permanent disfigurement or protracted loss or impairment of the function or process of a bodily member or organ; or (iii) at the time of injury, can reasonably be expected to result in serious permanent disfigurement or protracted loss or impairment of the function or process of a bodily member or organ.

Revised Statutes of Nebraska, Annotated, § 28-109(21):

> Serious bodily injury shall mean bodily injury which involves a substantial risk of death, or which involves substantial risk of serious permanent disfigurement, or protracted loss or impairment of the function of any part or organ of the body;

Nevada Nev. Revised Statutes Annotated, § 0.060:

> "Substantial bodily harm" means: 1. Bodily injury which creates a substantial risk of death or which causes serious, permanent disfigurement

4

or protracted loss or impairment of the function of any bodily member or organ; or 2. Prolonged physical pain.

New Hampshire Revised Statutes Annotated § 625 (VI):

"Serious bodily injury" means any harm to the body which causes severe, permanent or protracted loss of or impairment to the health or of the function of any part of the body.

New Jersey Annotated Statutes, § 2C:11-1(b):

"Serious bodily injury" means bodily injury which creates a substantial risk of death or which causes serious, permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ;

New Mexico Statutes Annotated, § 30-1-12:

"great bodily harm" means an injury to the person which creates a high probability of death; or which causes serious disfigurement; or which results in permanent or protracted loss or impairment of the function of any member or organ of the body.

New York Consolidated Laws Service, § 10.00(10):

"Serious physical injury" means physical injury which creates a substantial risk of death, or which causes death or serious and protracted disfigurement, protracted impairment of health or protracted loss or impairment of the function of any bodily organ.

General Statutes of North Carolina § 14-32.4:

"Serious bodily injury" is defined as bodily injury that creates a substantial risk of death, or that causes serious permanent disfigurement, coma, a permanent or protracted condition that causes extreme pain, or permanent or protracted loss or impairment of the function of any bodily member or organ, or that results in prolonged hospitalization.

North Dakota Cent. Code § 12.1-01-04(27):

"Serious bodily injury" means bodily injury that creates a substantial risk of death or which causes serious permanent disfigurement, unconsciousness, extreme pain, permanent loss or impairment of the function of any bodily member or organ, a bone fracture, or impediment of air flow or blood flow to the brain or lungs.

Ohio Revised Code Annotated § 2901.01(5)

"Serious physical harm to persons" means any of the following:
(a) Any mental illness or condition of such gravity as would normally require hospitalization or prolonged psychiatric treatment;
(b) Any physical harm that carries a substantial risk of death;
(c) Any physical harm that involves some permanent incapacity, whether partial or total, or that involves some temporary, substantial incapacity;
(d) Any physical harm that involves some permanent disfigurement or that involves some temporary, serious disfigurement.

Oklahoma Statutes, Title 10A, § 1-1-105:

"Serious bodily injury" means injury that involves:
a) a substantial risk of death,
b) extreme physical pain,
c) protracted disfigurement,
d) a loss or impairment of the function of a body member, organ, or mental faculty,
e) an injury to an internal or external organ or the body.

Oregon Revised Statutes, 161.015(8):

"Serious physical injury" means physical injury which creates a substantial risk of death or which causes serious and protracted disfigurement, protracted impairment of health or protracted loss or impairment of the function of any bodily organ.

Pennsylvania Statutes, Annotated, § 2602:

"Serious bodily injury." —Bodily injury which creates a substantial risk of death or which causes serious, permanent disfigurement or protracted loss or impairment of the function of any bodily member or organ.

Rhode Island General Laws Section 11-5-2(c):

"Serious bodily injury" means physical injury that:
(1) Creates a substantial risk of death;
(2) Causes protracted loss or impairment of the function of any bodily part, member, or organ;
(3) Causes serious permanent disfigurement or circumcises, excises, or infibulates the whole or any part of the labia majora or labia minora or clitoris of a person.

South Carolina Code Annotated § 16-3-95(C)

> "great bodily injury" means bodily injury which creates a substantial risk of death or which causes serious or permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

Tennessee Code Annotated, § 39-11-106(37):

> "Serious bodily injury" means bodily injury that involves: (A) A substantial risk of death; (B) Protracted unconsciousness; (C) Extreme physical pain; (D) Protracted or obvious disfigurement; (E) Protracted loss or substantial impairment of a function of a bodily member, organ or mental faculty; or (F) A broken bone of a child who is twelve (12) years of age or less;

Texas Penal Code, 1.07(46)

> "Serious bodily injury" means bodily injury that creates a substantial risk of death or that causes death, serious permanent disfigurement, or protracted loss or impairment of the function of any bodily member or organ.

Utah Code Annotated § 76-1-601(17)

> "Serious bodily injury" means bodily injury that creates or causes serious permanent disfigurement, protracted loss or impairment of the function of any bodily member or organ, or creates a substantial risk of death.

13 Vermont Statutes Annotated, § 1021(2):

> "Serious bodily injury" means: (A) bodily injury that creates any of the following: (i) a substantial risk of death; (ii) a substantial loss or impairment of the function of any bodily member or organ; (iii) a substantial impairment of health; or (iv) substantial disfigurement;

Virginia Code Annotated, § 16.1-283(E):

> "*Serious bodily injury*" means bodily injury that involves substantial risk of death, extreme physical pain, protracted and obvious disfigurement, or protracted loss or impairment of the function of a bodily member, organ or mental faculty.

Washington Revised Code Annotated, § 79A.60.060(1):

> "Serious bodily injury" means bodily injury which involves a substantial risk of death, serious permanent disfigurement, or protracted loss or impairment of the function of any part or organ of the body.

West Virginia Code § 61-8B-1(10):

> "Serious bodily injury" means bodily injury which creates a substantial risk of death, which causes serious or prolonged disfigurement, prolonged impairment of health or prolonged loss or impairment of the function of any bodily organ.

Wisconsin Statutes Annotated, § 939.22(14):

> (3) "Great bodily harm" means bodily injury which creates a substantial risk of death, or which causes permanent disfigurement, or which causes a permanent or protracted loss or impairment of the function of any bodily member or organ or other serious bodily injury.

Wyoming Statutes Annotated § 6-1-104(x):

> "Serious bodily injury" means bodily injury which: (A) Creates a substantial risk of death; (B) Causes severe protracted physical pain; (C) Causes severe disfigurement or protracted loss or impairment of a bodily function; (D) Causes unconsciousness or a concussion resulting in protracted loss or impairment of the function of a bodily member, organ or mental faculty; (E) Causes burns of the second or third degree over a significant portion of the body; or (F) Causes a significant fracture or break of a bone.