Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

CASE NUMBER

2:20-CV-598

CHANDA CALLAWAY, as Administrator of the Estate

of CHANNING LAMAR SPIVEY, deceased,

    Plaintiff,

V.

MASON ADCOCK,

    Defendant.

DEPOSITION TRANSCRIPT OF

JOSEPH FIERRO

DECEMBER 9, 2021

10:00 A.M.

877-373-3660    800.808.4958

17    Q.    Okay.  Can we agree that any danger
18 or threat of harm to Adcock's wife and son, if it
19 ever existed, was not an immediate threat at the
20 time Adcock shot Channing?
21    A.    There are a couple of things in that
22 question.  Could you repeat that to me, please?
23    Q.    Yes, sir.  Do you agree that any

Page 102

1  danger or threat of harm to Adcock's wife and
2  son, if it ever existed, was not an immediate
3  threat at the time Adcock shot Channing?
4       A.    Yes.

Veritext Legal Solutions
877-373-3660                                          800.808.4958