

Callaway v. Adcock 00241