IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHANDA CALLAWAY,<br>As Administrator of the Estate of<br>CHANNING LAMAR SPIVEY<br><br>  Plaintiff,<br><br>v.<br><br><br>MASON ADCOCK,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIV. ACT. NO.: 2:20-cv-598-ECM<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered on September 27, 2022, it is the

ORDER, JUDGMENT and DECREE of the Court that judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiff for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 28th day of September, 2022.

          /s/ Emily C. Marks
         EMILY C. MARKS
         CHIEF UNITED STATES DISTRICT JUDGE