IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| CHANDA CALLAWAY,<br>as Administrator of the Estate of<br>CHANNING LAMAR SPIVEY,<br>Deceased,<br>　　　　　Plaintiff,<br><br>　　　*versus*<br><br>MASON ADCOCK,<br>　　　　　Defendant. | Civil Action No.<br><br>2:20-cv-598<br><br><br>Jury Trial Demanded |

NOTICE OF APPEAL

　　　Notice is hereby given that Chanda Callaway, as the Administrator of the Estate of Channing Lamar Spivey, deceased, and the plaintiff in this action, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final order and final judgment entered in this action on the 28th day of September, 2022.

　　　　　　　　　　　　　　　　　　　/s/ Griffin Sikes, Jr.

　　　　　　　　　　　　　　　　　　　Griffin Sikes, Jr.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　Post Office Box 11234
　　　　　　　　　　　　　　　　　　　Montgomery, Alabama 36111
　　　　　　　　　　　　　　　　　　　334.233.4070
　　　　　　　　　　　　　　　　　　　sikeslawyer@gmail.com

Certificate of Service

　　　I hereby certify that a true and correct copy of the foregoing has been filed in Pacer for electronic service on all counsel of record in this case on this 19th day of October, 2022.

　　　Rick A. Howard, Esq., at rhoward@hglawpc.com

　　　April W. McKay, Esq., at amckay@hglawpc.com

　　　　　　　　　　　　　　　　　　　/s/ Griffin Sikes, Jr.
　　　　　　　　　　　　　　　　　　　Of Counsel